**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PURZEL VIDEO GMBH, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 4:12-CV-2015 JAR |
| v. | ) ) ) | |
| ROBERT KRAMKOWSKI, BILL MARLER, AND EARL MCCANN, | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On October 29, 2012, Plaintiff filed a Complaint under the Copyright Act against Does 1-44.  (ECF No. 1).  On February 25, 2013, Doe 34 filed a letter, which the Court interpreted as a motion to quash the subpoena and/or to litigate the case anonymously.  (ECF No. 11).  On June 24, 2013, Plaintiff filed an Amended Complaint, which is now the operative complaint (ECF No. 17).  The Amended Complaint is against only three named defendants: Robert Kramkowski (f/k/a Doe 18), Bill Marler (f/k/a Doe 37) and Earl McCann (f/k/a Doe 40).  As the Amended Complaint supersedes the original Complaint, it appears that Plaintiff is proceeding against only these three named defendants.  See In re Atlas Van Lines, Inc., 209 F.3d 1064, 1067 (8th Cir. 2000)("an amended complaint supercedes an original complaint and renders the original complaint without legal effect").

Accordingly,

**IT IS HEREBY ORDERED** that Doe 34's Motion to Quash [11] is **DENIED** as moot.

- 2 -

     **IT IS FURTHER ORDERED** that Does 1-2, Does 4-17, 19-36, 37-39, 42-44 are **DISMISSED**.[1]

Dated this 25th day of June, 2013.

                                                               */s/ John A. Ross*
                                                   **JOHN A. ROSS**
                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] This Court previously dismissed Does 3 and 41 upon Plaintiff's Motions. (ECF Nos. 14, 16).