# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Purzel Video GmbH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:12-cv-02015 |
| DOES 1-44. | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## CONSENT JUDGMENT

In this action, plaintiff Purzel Video GmbH ("Purzel Video") filed a First Amended Complaint against defendant (and others) in this Court. The Amended Complaint alleged *inter alia*, that the defendants unlawfully copied and distributed plaintiff's copyrighted work.

Defendant Doe No. 40 ("Defendant") has been identified by plaintiff's investigator and confirmed as a customer of Comcast Corporation.

To resolve the claims specific to this defendant, plaintiff Purzel Video and Defendant have reached a settlement which requires entry of this stipulated consent judgment to fully effect the terms of the settlement and have asked the Court to accept and enter this Stipulated Consent Judgment and to proceed consistent with this agreement.

WHEREFORE, it is hereby stipulated and ordered:

1. This Court has jurisdiction over the parties and venue is proper.

2. Plaintiff has valid and enforceable rights in the original copyrighted works registered with the United States Copyright Office, Reg. No. PAu 3-631-165.

1

3. Defendant confirms that he/she unlawfully copied plaintiff's copyrighted work, but that he has now deleted all versions from all computers in his/her possession, custody or control.

4. Defendant consents to this Consent Judgment as a settlement of disputed claims in this case.

5. Defendant Doe 40 is PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiff's rights in the copyrighted work.

Date: 15 July 13

BY:_____

United States Judge
Honorable John A. Ross

So Stipulated and Respectfully Submitted:

On Behalf of John Doe 40:

*Earl J. McCann* (signature)

Doe 40
IP Address: 24.107.93.202
Earl McCann
1320 West Hampton Woods Court
Chesterfield, MO  63005

On behalf of Plaintiff:

(signature)

Paul A. Lesko – MO Bar No. 51914
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

2